PETRA N. AMBROSE
Nevada Bar No. 10213
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
Phone: 564-215-5549
Petra.Ambrose@fmglaw.com

*Attorney for Defendant Silver State Adolescent & Treatment Center LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| ALEXA ADAIR SHEPPARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE ADOLESCENT & TREATMENT CENTER LLC, A Nevada Limited liability company; ZIKA RECOVERY, LLC, dba VIRTUE RECOVERY CENTER, a Delaware limited liability company<br><br>Defendants. | CASE NO. 2:26-cv-02447-MMD-DJA<br><br>STIPULATION EXTENDING TIME TO FILE ANSWER |

COME NOW Plaintiff, ALEXA ADAIR SHEPPARD and Defendant, SILVER STATE ADOLESCENT & TREATMENT CENTER LLC, (SSA&TC) by and through their respective counsel of record, and hereby stipulate and agree that the deadline for SSA&TC to file an answer and/or other responsive pleading to Plaintiff's complaint for damages shall be, and is, extended to and including Thursday September 17, 2026.

///

///

///

Respectfully submitted on this 9th day of September 2026.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br><br>By: */s/Petra N. Ambrose* __________<br>Petra N. Ambrose<br>Nevada Bar No. 10213<br>Petra.Ambrose@fmglaw.com<br>*Attorneys for Defendant Silver State Adolescent & Treatment Center LLC* | **GREENBERG GROSS LLP**<br><br>By: */s/Marian L. Massey* (with e-mail authorization)<br>Matthew T. Hale<br>Nevada Bar No. 16880<br>Marian L. Massey<br>Nevada Bar No. 14579<br>*Attorneys for Plaintiff Alexa Adair Sheppard* |

IT IS SO ORDERED:

__________________________________
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: September 15, 2026

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's electronic filing system, which will serve a copy of this document to:

| PARTY/COUNSEL | DELIVERY METHOD |
|---|---|
| ***Attorneys for Plaintiff***<br>Marian Massey<br>Matthew T. Hale<br>Greenberg Gross LLP<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, NV 89135<br>MHale@GGTrialLaw.com<br>MMassey@GGTrialLaw.com | ☒ E-Service<br>☒ E-Mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on this 9th day of September 2026 at Seattle Washington.

*/s/Soumya Reddy*
Soumya Redcdy, Legal Assistant
Soumya.reddy@fmglaw.com