MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Alexa Adair Sheppard*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXA ADAIR SHEPPARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE ADOLESCENT & TREATMENT CENTER LLC, a Nevada limited liability company; ZIKA RECOVERY, LLC, dba VIRTUE RECOVERY CENTER, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-02447-MMD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT, ZIKA RECOVERY, LLC, dba VIRTUE RECOVERY CENTER WITHOUT PREJUDICE** |

Plaintiff Alexa Adair Sheppard and Defendant Zika Recovery, LLC, by and through their respective counsel of record, hereby stipulate and agree that Defendant Zika Recovery, LLC shall be dismissed from this action without prejudice, with each side to bear its own attorneys' fees and costs as to the dismissal of Zika Recovery, LLC only.

The parties further stipulate and agree that this dismissal is subject to the parties' Tolling Agreement, and nothing in this Stipulation and Order shall be construed to waive, limit, modify, or otherwise affect any rights, obligations, defenses, or positions preserved by that Tolling Agreement.

/ / /

/ / /

/ / /

This stipulation does not dismiss or otherwise affect Plaintiff's claims against Defendant Silver State Adolescent & Treatment Center LLC, which shall remain pending.

**IT IS SO STIPULATED.**

Dated: September 15, 2026

**GREENBERG GROSS LLP**

*/s/ Marian Massey*
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com

*Attorneys for Plaintiff*
*Alexa Adair Sheppard*

Law Offices of Lee Sacks, APC

Lee Sacks

Lee Sacks, Esq.
California Bar No. 59029
324 So. Beverly Drive, Suite 496
Beverly Hills, CA 90212
Tel: (310) 570-8721
Email: SacksAPCLaw@aol.com

Attorney for Defendant
ZIKA RECOVERY, LLC, dba VIRTUE RECOVERY CENTER

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: September 15, 2026